UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ROBERT A. DRAYTON,<br><br>    Plaintiff,<br><br>vs.<br><br>SGT. MARTINEZ, et al.,<br><br>    Defendants. | Case No. CV 07-6033-FMC (JWJ)<br><br>**ORDER TO SHOW CAUSE<br>REGARDING DISMISSAL** |

    The Records of this Court indicate that this action is not being diligently prosecuted by plaintiff in that plaintiff has not filed pages 5 through 8 of the Complaint, as this Court ordered on October 12, 2007.

    **IT IS HEREBY ORDERED** that plaintiff show cause within **ten (10) days** of the date of this Order why this case should not be dismissed for failure to diligently prosecute, Fed.R.Civ.P. 4(m) and 41(b), or within that same time period, file pages 5 through of the Complaint.

///
///
///
///
///

1    Failure to timely comply with this Order shall result in the Magistrate
2 Judge recommending the case be dismissed without prejudice pursuant to
3 Federal Rules of Civil Procedure 4(m) and 41(b).

5 DATED: January 15, 2008

                                                    /s/
                                        JEFFREY W. JOHNSON
                                        United States Magistrate Judge