FILED
CLERK, US DISTRICT COURT
APR 30 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ROBERT A. DRAYTON,<br><br>    Plaintiff,<br><br>vs.<br><br>SGT. MARTINEZ, et al.,<br><br>    Defendants. | Case No. CV 07-6033-FMC (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de</u> <u>novo</u> determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

   IT IS ORDERED that a Judgment be issued dismissing the instant action without prejudice.

///
///
///
///

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the plaintiff at his last known address.

DATED: *April 29, 2008*

*Florence-Marie Cooper*
FLORENCE-MARIE COOPER
United States District Judge