FILED
CLERK, U.S DISTRICT COURT

APR 3 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

ROBERT A. DRAYTON,                )   Case No. CV 07-6033-FMC (JWJ)
                                  )
       Plaintiff,                 )
                                  )   JUDGMENT
  vs.                             )
                                  )
SGT. MARTINEZ, et al.,            )
                                  )
       Defendants.                )

    Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

    IT IS ADJUDGED that instant action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

DATED: *April 29, 2008*

*/s/ Florence-Marie Cooper*
FLORENCE-MARIE COOPER
United States District Judge